United States District Court
For The
District of Vermont

| | | |
|---|---|---|
| Beverly Bressler, | : | |
| Steven Bressler, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NUMBER: 2:05-CV-313 |
| | : | |
| Edmond Plante & Son, Inc., | : | |
| | : | |
| Defendant. | : | |

ORDER OF DISMISSAL

    The court having been advised by counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED THAT this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

    Dated at Burlington, in the District of Vermont, this 15th day of May, 2008.

                                               /s/ William K. Sessions III
                                               Honorable William K. Sessions III
                                               Chief Judge, United States District Court